**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-02299-LTB-BNB

PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio corporation,

       Plaintiff,

v.

THOMAS SULLIVAN, an individual,
A PURPOSE FOR LIVING ASSISTED LIVING & HOMECARE, INC., a Colorado corporation,
and
JACQUELINE WARD-JOHNSON, an individual,

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     The Joint Motion to Stay the Action and All Remaining Deadlines in the Scheduling Order and to Continue the Jury Trial (Doc 19 - filed July 24, 2013) is **GRANTED IN PART**.  The following deadlines are hereby stayed:
     a. Deadline to designate expert witnesses, currently set for July 30, 2013;
     b. Deadline to designate rebuttal expert witnesses, currently set for August 30, 2013;
     c. Discovery cut off, currently set for September 30, 2013; and
     d. Deadline to file dispositive motions, currently set for November 1, 2013.


Dated:   July 26, 2013
_____