**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-02299-LTB-BNB

PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio corporation,

      Plaintiff,

v.

THOMAS SULLIVAN, an individual;
A PURPOSE FOR LIVING ASSISTED LIVING & HOMECARE, INC., a Colorado corporation; and
JACQUELINE WARD-JOHNSON, an individual,

      Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal Without Prejudice (Doc 24 - filed January 23, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                                   BY THE COURT:

                                                     s/Lewis T. Babcock  
                                                   Lewis T. Babcock, Judge

DATED:   January 24, 2014